# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 10, 2021

_____

## NOTICE

_____

No.  21-2263,  <u>Students for Fair Admissions, Inc. v. UNC</u>
              1:14-cv-00954-LCB-JLW

TO:   John Michael Connolly

A change has been made to your contact information in the clerk's office. These changes must also be made to your upgraded PACER account by logging into PACER, selecting manage my account, and then the maintenance tab.

Rachel J Lee, Deputy Clerk
804-916-2702