# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

November 15, 2021

_____

DOCKET CORRECTION NOTICE

_____

No.  21-2263,      <u>Students for Fair Admissions, Inc. v. UNC</u>
                   1:14-cv-00954-LCB-JLW

TO:      Students for Fair Admissions, Inc.

FILING CORRECTION DUE:  November 18, 2021

Please make the correction identified below and file a corrected document by the date indicated.

---

[XX] Document was illegible, incomplete, or incorrect. Please correct as described and refile: Appearance of counsel is incomplete, please fill out all fields.

---

Rachel J Lee, Deputy Clerk
804-916-2702