# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

November 15, 2021

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

      Re:  Students for Fair Admissions, Inc.
            v. University of North Carolina, et al.
           No. 21-707
           (Your No. 21-2263)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on November 11, 2021 and placed on the docket November 15, 2021 as No. 21-707.

                    Sincerely,

                    **Scott S. Harris**, Clerk

                    by

                    Michael Duggan
                    Case Analyst