# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | 21-2263, Students for Fair Admissions, Inc. v. UNC |
| **Originating No. & Caption** | 1:14-cv-954, Students for Fair Admissions, Inc. v. UNC |
| **Originating Court/Agency** | Middle District of North Carolina |

| **Jurisdiction** (answer any that apply) | | |
|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. 1291 | |
| Time allowed for filing in Court of Appeals | 30 days | |
| Date of entry of order or judgment appealed | 11-4-2021 | |
| Date notice of appeal or petition for review filed | 11-6-2021 | |
| If cross appeal, date first appeal filed | | |
| Date of filing any post-judgment motion | | |
| Date order entered disposing of any post-judgment motion | | |
| Date of filing any motion to extend appeal period | | |
| Time for filing appeal extended to | | |
| Is appeal from final judgment or order? | ⦿ Yes | ○ No |
| If appeal is not from final judgment, why is order appealable? | | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.) | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ⦿ No |

1/28/2020 SCC

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ◉ Yes | ○ No |
| Has transcript been filed in district court? | ◉ Yes | ○ No |
| Is transcript order attached? | ○ Yes | ◉ No |

| **Case Handling Requirements** (answer any that apply) | |
|---|---|
| Case number of any prior appeal in same case | |
| Case number of any pending appeal in same case | Cert. before judg't pet'n, No. 21-707 (S.Ct.) |
| Identification of any case pending in this Court or Supreme Court raising similar issue | SFFA v. Harvard, No. 20-1199 |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. |
| Is expedited disposition necessary? | ○ Yes    ◉ No |
| | If yes, motion to expedite must be filed. |
| Is oral argument necessary? | ◉ Yes    ○ No |
| Does case involve question of first impression? | ◉ Yes    ○ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes    ◉ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. |

| **Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.) |
|---|
| UNC-Chapel Hill uses race as a factor in its admissions process. SFFA brought this lawsuit on behalf of its members who were denied admission at UNC. SFFA contends that UNC's use of race is impermissible under the Fourteenth Amendment of the U.S. Constitution and Title VI of the Civil Rights Act of 1964. |

**Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary)

Whether UNC's race-based admissions program violates the Fourteenth Amendment and Title VI.

**Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.)

| Adverse Party: See attached | Adverse Party: |
|---|---|
| Attorney:<br>Address: | Attorney:<br>Address: |
| E-mail: | E-mail: |
| Phone: | Phone: |

**Adverse Parties (continued)**

| Adverse Party: | Adverse Party: |
|---|---|
| Attorney:<br>Address: | Attorney:<br>Address: |
| E-mail: | E-mail: |
| Phone: | Phone: |

| **Appellant** (Attach additional page if necessary.) ||
|---|---|
| Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |
| **Appellant (continued)** ||
| Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

| | |
|---|---|
| **Signature:** /s/ Thomas R. McCarthy | **Date:** 11-24-2021 |
| **Counsel for:** Appellant ||

**Certificate of Service** *(required for parties served outside CM/ECF)*: I certify that this document was served on __11-24-21__ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☑ email (with written consent) on the following persons at the addresses or email addresses shown:

| | |
|---|---|
| Stephanie A. Brennan, sbrennan@ncdoj.gov<br>Lara A. Flath, lara.flath@skadden.com<br>Tamika Lynn Henderson, tlhenderson@ncdoj.gov<br>Ryan Y. Park, rpark@ncdoj.gov<br>Jack Holtzman, jack@ncjustice.org<br>Sasha Minh Samberg-Champion, ssamberg-champion@relmanlaw.com | Genevieve Torres, gbonadies@lawyerscommittee.org<br>Reed Neill Colfax, rcolfax@relmanlaw.com<br>Emily Price Turner, emilyt@ncjustice.org<br>Jon Greenbaum, jgreenbaum@lawyerscommittee.org |
| **Signature:** /s/ Thomas R. McCarthy | **Date:** 11-24-2021 |

**Defendants**

UNIVERSITY OF NORTH CAROLINA

UNIVERSITY OF NORTH CAROLINA BOARD OF GOVERNORS

JOHN C. FENNEBRESQUE

W. LOUIS BISSETTE, JR.

JOAN TEMPLETON PERRY

ROGER AIKEN

HANNAH D. GAGE

ANN B. GOODNIGHT

H. FRANK FRAINGER

PETER D. HANS

THOMAS J. HARRELSON

HENRY W. HINTON

JAMES L. HOLMES, JR.

RODNEY E. HOOD

W. MARTY KOTIS, III

G. LEROY LAIL

SCOTT LAMPE

STEVEN B. LONG

JOAN G. MACNEILL

MARY ANN MAXWELL

W. EDWIN MCMAHAN

W.G. CHAMPION MITCHELL

HARI H. MATH

ANNA SPANGLER NELSON

ALEX PARKER

R. DOYLE PARRISH

THERENCE O. PICKETT

DAVID M. POWERS

ROBERT S. RIPPY

HARRY LEO SMITH, JR.

J. CRAIG SOUZA

GEORGE A. SYWASSINK

**RICHARD F. TAYLOR**

**RAIFORD TRASK, III**

**PHILLIP D. WALKER**

**LAURA I. WILEY**

**THOMAS W. ROSS**
*President of the University of North Carolina in his Official Capacity*

**UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL**

**CAROL L. FOLT**            represented by   **PATRICK J. FITZGERALD**
*Chancellor of the                              155 N. Wacker Dr., 27th Floor
University of North                             Chicago, IL 60606
Carolina at Chapel Hill                         patrick.fitzgerald@skadden.com
in her Official Capacity*                       312-407-0700

**Intervenor Defendants**

**CECILIA POLANCE**

**LUIS ACOSTA**

**STAR WINGATE-BEY**

**LAURA ORNELAS**

**KEVIN MILLS**
*on behalf of Q.M.*

**ANGIE MILLS**
*on behalf of Q.M.*

| | | |
|---|---|---|
| **CHRISTOPHER JACKSON** | | |
| **JULIA NIEVES**<br>*on behalf of I.N.* | | |
| **TAMIKA WILLIAMS**<br>*on behalf of A.J.* | | |
| **RAMONIA JONES** | | |
| **ANDREW BRENNAN** | represented by | **DAVID G. HINOJOSA**<br>1500 K ST., NW, Ste. 900<br>Washington, D.C. 20005<br>dhinojosa@lawyerscommittee.org<br>202-662-8600 |