# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 2, 2021

_____

RESPONSE REQUESTED

_____

No.  21-2263,          Students for Fair Admissions, Inc. v. UNC
                       1:14-cv-00954-LCB-JLW

TO:     Scott  Lampe
        Hari H. Math
        Hannah D. Gage
        Kevin  Mills
        Cecilia  Polanco
        R. Doyle Parrish
        Richard F. Taylor
        W. Marty Kotis
        Steven B. Long
        Roger  Aiken
        Andrew  Brennen
        Ann B. Goodnight
        George A. Sywassink
        Joan Templeton Perry
        Rodney E. Hood
        Tamika  Williams
        Harry Leo Smith
          University of North Carolina
        James W. Dean
        John C. Fennebresque
        Carol L. Folt
        Peter D. Hans
        Alex  Parker
        Joan G. MacNeill
        University of North Carolina Board of Governors
        Therence O. Pickett
        Mary Ann Maxwell

Raiford  Trask
Laura I. Wiley
Star  Wingate-Bey
Christopher  Jackson
W. Edwin McMahan
Julia  Nieves
All Defendants
Stephen M. Farmer
James L. Holmes
H. Frank Frainger
W. Louis Bissette
David M. Powers
Thomas J. Harrelson
Thomas W. Ross
Laura  Ornelas
J. Craig Souza
Angie  Mills
Anna Spangler Nelson
Henry W. Hinton
University of North Carolina at Chapel Hill
Ramonia  Jones
W. G. Champion Mitchell
Luis  Acosta
Robert S. Rippy
G. Leroy Lail
Phillip D. Walker

RESPONSE DUE: 12/13/2021

Response is required to the motion to suspend on or before 12/13/2021.

Rachel J Lee, Deputy Clerk
804-916-2702