FILED: December 15, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2263
(1:14-cv-00954-LCB-JLW)

_____

STUDENTS FOR FAIR ADMISSIONS, INC.

      Plaintiff - Appellant

v.

UNIVERSITY OF NORTH CAROLINA; UNIVERSITY OF NORTH CAROLINA BOARD OF GOVERNORS; JOHN C. FENNEBRESQUE; W. LOUIS BISSETTE, JR.; JOAN TEMPLETON PERRY; ROGER AIKEN; HANNAH D. GAGE; ANN B. GOODNIGHT; H. FRANK FRAINGER; PETER D. HANS; THOMAS J. HARRELSON; HENRY W. HINTON; JAMES L. HOLMES, JR.; RODNEY E. HOOD; W. MARTY KOTIS, III; G. LEROY LAIL; SCOTT LAMPE; STEVEN B. LONG; JOAN G. MACNEILL; MARY ANN MAXWELL; W. EDWIN MCMAHAN; W. G. CHAMPION MITCHELL; HARI H. MATH; ANNA SPANGLER NELSON; ALEX PARKER; R. DOYLE PARRISH; THERENCE O. PICKETT; DAVID M. POWERS; ROBERT S. RIPPY; HARRY LEO SMITH, JR.; J. CRAIG SOUZA; GEORGE A. SYWASSINK; RICHARD F. TAYLOR; RAIFORD TRASK, III; PHILLIP D. WALKER; LAURA I. WILEY; THOMAS W. ROSS, President of the University of North Carolina in his Official Capacity; UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL; CAROL L. FOLT, Chancellor of the University of North Carolina at Chapel Hill in her Official Capacity; JAMES W. DEAN, JR., Executive Vice Chandellor and Provost in his Official Capacity; STEPHEN M. FARMER, Vice Provost, Enrollment, and Undergraduate Admissions in his Official Capacity; ALL DEFENDANTS

    Defendants - Appellees

CECILIA POLANCO; LUIS ACOSTA; STAR WINGATE-BEY; LAURA ORNELAS; KEVIN MILLS, on behalf of Q.M.; ANGIE MILLS, on behalf of Q.M.; CHRISTOPHER JACKSON; JULIA NIEVES, on behalf of I.N.; TAMIKA WILLIAMS, on behalf of A.J.; RAMONIA JONES; ANDREW BRENNEN

    Intervenors/Defendants - Appellees

------

O R D E R

------

Upon consideration of appellant's motion to suspend briefing pending a decision by the United States Supreme Court on the petition for writ certiorari before judgment, which the court construes as a motion for abeyance, the court denies the motion.

    For the Court

    /s/ Patricia S. Connor, Clerk