# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 24, 2022

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

    Re:  Students for Fair Admissions, Inc.
          v. University of North Carolina, et al.
          No. 21-707
          (Your No. 21-2263)

Dear Clerk:

    The Court today entered the following order in the above-entitled case:

    The petition for a writ of certiorari before judgment is granted.  The petition for a writ of certiorari in No. 20-1199 is granted.  The cases are consolidated, and a total of one hour is allotted for oral argument.  VIDED.

                        Sincerely,

                        **Scott S. Harris**, Clerk