# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
# OFFICE OF THE CLERK

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

Patricia S. Connor
Clerk

Telephone
804-916-2700

September 13, 2022

_____

TRANSMITTAL OF SUPREME COURT
RECORD REQUEST

_____

**Supreme Court Docket No. 21-707**

No.  21-2263,        Students for Fair Admissions, Inc. v. UNC
                     1:14-cv-00954-LCB-JLW

TO:  John S. Brubaker

Please transmit your record to the U.S. Supreme Court in accordance with the instructions in the attached letter. Record materials available electronically need not be sent in paper form but can instead be certified as available electronically on PACER.

Any sealed material must be identified in the record transmittal letter, enclosed in a separate attachment or envelope/box, and marked as sealed. Any highly sensitive documents must be in paper form, in a sealed envelope marked **HIGHLY SENSITIVE DOCUMENT**. Any cassettes, disks, tapes or similar articles must be sent via commercial carrier, not via U.S. mail.

The Supreme Court's address is: Supreme Court of the United States, Office of the Clerk, Washington, DC 20543-0001. The email address for record transmission prior to the grant of certiorari is: lgray@supremecourt.gov. The email address for record transmission after the grant of certiorari is: kbrown@supremecourt.gov.

Emma Breeden, Deputy Clerk