**Case No. 21-2263**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

Students for Fair Admissions, Inc.,

*Plaintiff-Appellant*

v.

University of North Carolina, et al.,

*Defendants-Appellees*

and

Cecilia Polanco, et al.,

*Intervenors/Defendants*

## CONSENT MOTION FOR WITHDRAWAL OF APPEARANCE
## OF WILLIAM S. CONSOVOY

The undersigned counsel for Plaintiff Students for Fair Admissions, Inc. ("SFFA") hereby gives notice that attorney William S. Consovoy passed away on January 9, 2023, and accordingly moves for his withdrawal as an attorney in this action.

1

Defendants and Defendant-Intervenors consent to this motion.

Dated: January 30, 2023    Respectfully submitted,

*/s/ J. Michael Connolly*
J. Michael Connolly
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, Virginia 22209
Telephone: (703) 243-9423
Email: mike@consovoymccarthy.com

*Counsel for Plaintiff-Appellant*
*Students for Fair Admissions, Inc.*

2

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 44 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f). I further certify that this motion complies with the typeface and type-style requirements of Fed. R. App. P. 32(a)(5)-(6) because it has been prepared in a proportionally spaced 14-point Century Schoolbook font using Microsoft Word.

/s/ J. Michael Connolly

## CERTIFICATE OF SERVICE

I electronically filed the foregoing motion, which will notify all counsel of record.

/s/ J. Michael Connolly