Case No. 21-2263

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

Students for Fair Admissions, Inc.,

*Plaintiff-Appellant*

v.

University of North Carolina, et al.,

*Defendants-Appellees*

and

Cecilia Polanco, et al.,

*Intervenors/Defendants*

## MOTION FOR WITHDRAWAL OF APPEARANCE
## OF PATRICK FITZGERALD

Due to an impending change in professional circumstances, the undersigned counsel for the UNC Defendants-Appellees hereby moves for his withdrawal as an attorney in this action. The UNC Defendants-

Appellees will continue to be represented by other attorneys from the North Carolina Department of Justice and Skadden, Arps.

Plaintiff-Appellant and Intervenor/Defendants consent to this motion.

Dated: March 28, 2023            Respectfully submitted,

*/s/ Patrick Fitzgerald*
Patrick Fitzgerald
Amy L. Van Gelder
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
155 N. Wacker Drive
Chicago, IL 60606
Telephone: (312) 407-0700
Facsimile: (312) 407-0411
patrick.fitzgerald@skadden.com
amy.vangelder@skadden.com

*Counsel for Defendants-Appellees*

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 47 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f). I further certify that this motion complies with the typeface and type-style requirements of Fed. R. App. P. 32(a)(5)-(6) because it has been prepared in a proportionally spaced 14-point Century Schoolbook font using Microsoft Word.

<i><u>/s/ Patrick Fitzgerald</u></i>

## CERTIFICATE OF SERVICE

I electronically filed the foregoing motion, which will notify all counsel of record.

<i><u>/s/ Patrick Fitzgerald</u></i>