FILED: March 28, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2263
(1:14-cv-00954-LCB-JLW)

_____

STUDENTS FOR FAIR ADMISSIONS, INC.

      Plaintiff - Appellant

v.

UNIVERSITY OF NORTH CAROLINA; UNIVERSITY OF NORTH
CAROLINA BOARD OF GOVERNORS; JOHN C. FENNEBRESQUE; W.
LOUIS BISSETTE, JR.; JOAN TEMPLETON PERRY; ROGER AIKEN;
HANNAH D. GAGE; ANN B. GOODNIGHT; H. FRANK FRAINGER; PETER
D. HANS; THOMAS J. HARRELSON; HENRY W. HINTON; JAMES L.
HOLMES, JR.; RODNEY E. HOOD; W. MARTY KOTIS, III; G. LEROY LAIL;
SCOTT LAMPE; STEVEN B. LONG; JOAN G. MACNEILL; MARY ANN
MAXWELL; W. EDWIN MCMAHAN; W. G. CHAMPION MITCHELL; HARI
H. MATH; ANNA SPANGLER NELSON; ALEX PARKER; R. DOYLE
PARRISH; THERENCE O. PICKETT; DAVID M. POWERS; ROBERT S.
RIPPY; HARRY LEO SMITH, JR.; J. CRAIG SOUZA; GEORGE A.
SYWASSINK; RICHARD F. TAYLOR; RAIFORD TRASK, III; PHILLIP D.
WALKER; LAURA I. WILEY; THOMAS W. ROSS, President of the University
of North Carolina in his Official Capacity; UNIVERSITY OF NORTH
CAROLINA AT CHAPEL HILL; CAROL L. FOLT, Chancellor of the University
of North Carolina at Chapel Hill in her Official Capacity; JAMES W. DEAN, JR.,
Executive Vice Chandellor and Provost in his Official Capacity; STEPHEN M.
FARMER, Vice Provost, Enrollment, and Undergraduate Admissions in his
Official Capacity; ALL DEFENDANTS

      Defendants - Appellees

CECILIA POLANCO; LUIS ACOSTA; STAR WINGATE-BEY; LAURA
ORNELAS; KEVIN MILLS, on behalf of Q.M.; ANGIE MILLS, on behalf of

Q.M.; CHRISTOPHER JACKSON; JULIA NIEVES, on behalf of I.N.; TAMIKA
WILLIAMS, on behalf of A.J.; RAMONIA JONES; ANDREW BRENNEN

Intervenors/Defendants - Appellees

_____

O R D E R

_____

The court grants Patrick Joseph Fitzgerald's motion to withdraw from

further representation on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk