**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

July 7, 2023

_____

NOTICE

_____

No. 21-2263,     Students for Fair Admissions, Inc. v. UNC
                 1:14-cv-00954-LCB-JLW

TO: Counsel

    In light of the Supreme Court's direct review of the district court's decision in this case, the parties are requested to file a consent motion for voluntary dismissal pursuant to Federal Rule of Appellate Procedure 42(b).

Rachel Phillips, Deputy Clerk
804-916-2702