# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 31, 2023

Clerk
United States Court of Appeals
　for the Fourth Circuit
Lewis F. Powell Jr. Courthouse and
　Annex
1100 E. Main Street, Suite 501
Richmond, VA 23219-3517

　　　　Re:　Students for Fair Admissions
　　　　　　v. University of NC, et al.
　　　　　　No. 21-707 (Your docket No. 21-2263)

Dear Clerk:

　　　Attached please find a certified copy of the judgment of this Court in the above-entitled case.

　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　SCOTT S. HARRIS, Clerk

　　　　　　　　　　　　　　　　　　　　By

　　　　　　　　　　　　　　　　　　　　M. Altner
　　　　　　　　　　　　　　　　　　　　Assistant Clerk– Judgments

Enc.
cc:　　All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 31, 2023

Mr. Thomas Ryan McCarthy, Esq.
Consovoy McCarthy PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209

Mr. Ryan Young Park, Esq.
North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602

Mr. David G. Hinojosa, Esq.
Lawyer's Committee for Civil Rights Under Law
1500 K St. NW
Suite 900
Washington, DC 20005

  Re: **Students for Fair Admissions**
    **v. University of NC, et al.**
    **No. 21-707**

Dear Counsel:

  Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Fourth Circuit.

  The petitioner is given recovery of costs in this Court as follows:

| | |
|---|---|
| **Printing of joint appendix:** | **$42,326.70** |
| **Clerk's costs:** | **$300.00** |
| **Total:** | **$42,626.70** |

  This amount may be recovered from the respondents.

Sincerely,

SCOTT S. HARRIS, Clerk

By

*M. Altner*

M. Altner
Assistant Clerk– Judgments

cc: Clerk, 4th Cir.
(Your docket No. 21-2263)

# Supreme Court of the United States

No. 21–707

**STUDENTS FOR FAIR ADMISSIONS, INC.,**

Petitioner

v.

**UNIVERSITY OF NORTH CAROLINA, ET AL.**

**ON WRIT OF CERTIORARI BEFORE JUDGMENT** to the United States Court of Appeals for the Fourth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the United States District Court for the Middle District of North Carolina is reversed with costs.

**IT IS FURTHER ORDERED** that the petitioner, Students for Fair Admissions, Inc. recover from University of North Carolina, et al., Forty-two Thousand Six Hundred Twenty-six Dollars and Seventy Cents ($42,626.70) for costs herein expended.

June 29, 2023

| | |
|---|---|
| **Printing of joint appendix:** | $42,326.70 |
| **Clerk's costs:** | $300.00 |
| **Total:** | $42,626.70 |

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States