**Case No. 21-2263**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

Students for Fair Admissions, Inc.,
*Plaintiff-Appellant*

v.

University of North Carolina, et al.,
*Defendants-Appellees*

and

Cecilia Polanco, et al.,
*Intervenors/Defendants*

## PARTIES' CONSENT MOTION FOR VOLUNTARY DISMISSAL

On November 11, 2021, Plaintiff-Appellant, Students for Fair Admissions (SFFA), filed a petition for certiorari before judgment with the Supreme Court in this case. *See* Petition for Certiorari, *SFFA v. University of North Carolina, et al.*, No. 21-707 (S. Ct.), https://perma.cc/H9T8-YK3Q. On January 24, 2022, the Supreme Court granted the petition for certiorari before judgment. *See Students for Fair Admissions v. Univ. of N. Carolina*, 142 S. Ct. 896 (2022).

On June 29, 2023, the Supreme Court reversed the district court and held in favor of Plaintiff-Appellant. *Students for Fair Admissions, Inc. v. President & Fellows of Harvard Coll.*, No. 20-1199, 2023 WL 4239254, at *23 (U.S. June 29, 2023). In light of this decision, this Court ordered the parties to submit a consent motion for voluntary dismissal pursuant to Federal Rule of Appellate Procedure 42(b). *See* Doc. 51.

With the consent of Defendants and Intervenors, SFFA voluntarily moves to dismiss this appeal. The parties have agreed to bear their own costs for purposes of the limited proceedings in this Court. *See* Loc. R. 39(c) (listing "the only costs generally taxable in the Court of Appeals"). All other costs related to this litigation will be settled in the district court.

For the foregoing reasons, the Court should grant the parties' motion for voluntary dismissal and remand this case to the district court.

Respectfully submitted,

| | |
|---|---|
| JOSHUA H. STEIN<br>Attorney General<br><br>*/s/ Ryan Y. Park*<br>Ryan Y. Park<br>Solicitor General | */s/ Thomas R. McCarthy*<br>Thomas R. McCarthy<br>J. Michael Connolly<br>Cameron T. Norris<br>Bryan Weir<br>James F. Hasson |

2

Sarah G. Boyce
General Counsel

Nicholas S. Brod
Deputy Solicitor General

Stephanie Brennan
Tamika Henderson
Special Deputy Attorneys
General

NORTH CAROLINA
DEPARTMENT OF JUSTICE
Post Office Box 629
Raleigh, NC 27602
(919) 716-6400
rpark@ncdoj.gov

Amy L. Van Gelder
SKADDEN ARPS, SLATE,
MEAGHER & FLOM LLP
155 North Wacker Drive
Chicago, IL 60606

Lara A. Flath
SKADDEN ARPS, SLATE,
MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001

*Counsel for Defendant-Appellee
University of North Carolina*

CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, VA 22209
(703) 243-9423
tom@consovoymccarthy.com

Patrick Strawbridge
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, MA 02109

*Counsel for Plaintiff-Appellant
Students for Fair Admissions,
Inc.*

/s/ David Hinojosa
David Hinojosa
*Counsel of Record*

3

LAWYERS' COMMITTEE FOR
CIVIL RIGHTS UNDERL LAW
1500 K St., Ste. 900
Washington, D.C. 20005
dhinojosa@lawyerscommittee.org

Sarah Laws
NORTH CAROLINA
JUSTICE CENTER
224 South Dawson St.
Raleigh, NC 27601

Reed N. Colfax
RELMAN COLFAX PLLC
1225 19th Street NW,
Suite 600
Washington, D.C. 200036

*Counsel for Respondents
Cecilia Polanco, et al.*

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 222 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f). I further certify that this motion complies with the typeface and type-style requirements of Fed. R. App. P. 32(a)(5)-(6) because it has been prepared in a

4

proportionally spaced 14-point Century Schoolbook font using Microsoft Word.

*/s/ Thomas R. McCarthy*

## CERTIFICATE OF SERVICE

On July 31, 2023, I electronically filed the foregoing motion, which will notify all counsel of record.

*/s/ Thomas R. McCarthy*
