FILED:  August 1, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2263
(1:14-cv-00954-LCB-JLW)

_____

STUDENTS FOR FAIR ADMISSIONS, INC.

        Plaintiff - Appellant

v.

UNIVERSITY OF NORTH CAROLINA; UNIVERSITY OF NORTH
CAROLINA BOARD OF GOVERNORS; JOHN C. FENNEBRESQUE; W.
LOUIS BISSETTE, JR.; JOAN TEMPLETON PERRY; ROGER AIKEN;
HANNAH D. GAGE; ANN B. GOODNIGHT; H. FRANK FRAINGER; PETER
D. HANS; THOMAS J. HARRELSON; HENRY W. HINTON; JAMES L.
HOLMES, JR.; RODNEY E. HOOD; W. MARTY KOTIS, III; G. LEROY LAIL;
SCOTT LAMPE; STEVEN B. LONG; JOAN G. MACNEILL; MARY ANN
MAXWELL; W. EDWIN MCMAHAN; W. G. CHAMPION MITCHELL; HARI
H. MATH; ANNA SPANGLER NELSON; ALEX PARKER; R. DOYLE
PARRISH; THERENCE O. PICKETT; DAVID M. POWERS; ROBERT S.
RIPPY; HARRY LEO SMITH, JR.; J. CRAIG SOUZA; GEORGE A.
SYWASSINK; RICHARD F. TAYLOR; RAIFORD TRASK, III; PHILLIP D.
WALKER; LAURA I. WILEY; THOMAS W. ROSS, President of the University
of North Carolina in his Official Capacity; UNIVERSITY OF NORTH
CAROLINA AT CHAPEL HILL; CAROL L. FOLT, Chancellor of the University
of North Carolina at Chapel Hill in her Official Capacity; JAMES W. DEAN, JR.,
Executive Vice Chandellor and Provost in his Official Capacity; STEPHEN M.
FARMER, Vice Provost, Enrollment, and Undergraduate Admissions in his
Official Capacity; ALL DEFENDANTS

        Defendants - Appellees

CECILIA POLANCO; LUIS ACOSTA; STAR WINGATE-BEY; LAURA
ORNELAS; KEVIN MILLS, on behalf of Q.M.; ANGIE MILLS, on behalf of

Q.M.; CHRISTOPHER JACKSON; JULIA NIEVES, on behalf of I.N.; TAMIKA
WILLIAMS, on behalf of A.J.; RAMONIA JONES; ANDREW BRENNEN

Intervenors/Defendants - Appellees

————————————————

O R D E R

————————————————

Upon consideration of the motion to voluntarily dismiss this case pursuant to

Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no

opposition, the court grants the motion.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk