FILED: August 1, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2263
(1:14-cv-00954-LCB-JLW)

_____

STUDENTS FOR FAIR ADMISSIONS, INC.

   Plaintiff - Appellant

v.

UNIVERSITY OF NORTH CAROLINA; UNIVERSITY OF NORTH CAROLINA BOARD OF GOVERNORS; JOHN C. FENNEBRESQUE; W. LOUIS BISSETTE, JR.; JOAN TEMPLETON PERRY; ROGER AIKEN; HANNAH D. GAGE; ANN B. GOODNIGHT; H. FRANK FRAINGER; PETER D. HANS; THOMAS J. HARRELSON; HENRY W. HINTON; JAMES L. HOLMES, JR.; RODNEY E. HOOD; W. MARTY KOTIS, III; G. LEROY LAIL; SCOTT LAMPE; STEVEN B. LONG; JOAN G. MACNEILL; MARY ANN MAXWELL; W. EDWIN MCMAHAN; W. G. CHAMPION MITCHELL; HARI H. MATH; ANNA SPANGLER NELSON; ALEX PARKER; R. DOYLE PARRISH; THERENCE O. PICKETT; DAVID M. POWERS; ROBERT S. RIPPY; HARRY LEO SMITH, JR.; J. CRAIG SOUZA; GEORGE A. SYWASSINK; RICHARD F. TAYLOR; RAIFORD TRASK, III; PHILLIP D. WALKER; LAURA I. WILEY; THOMAS W. ROSS, President of the University of North Carolina in his Official Capacity; UNIVERSITY OF NORTH CAROLINA AT CHAPEL HILL; CAROL L. FOLT, Chancellor of the University of North Carolina at Chapel Hill in her Official Capacity; JAMES W. DEAN, JR., Executive Vice Chandellor and Provost in his Official Capacity; STEPHEN M. FARMER, Vice Provost, Enrollment, and Undergraduate Admissions in his Official Capacity; ALL DEFENDANTS

   Defendants - Appellees

CECILIA POLANCO; LUIS ACOSTA; STAR WINGATE-BEY; LAURA ORNELAS; KEVIN MILLS, on behalf of Q.M.; ANGIE MILLS, on behalf of Q.M.; CHRISTOPHER JACKSON; JULIA NIEVES, on behalf of I.N.; TAMIKA WILLIAMS, on behalf of A.J.; RAMONIA JONES; ANDREW BRENNEN

    Intervenors/Defendants - Appellees

───────────────────────────

RULE 42(b) MANDATE

───────────────────────────

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                   */s/Patricia S. Connor, Clerk*